> **Motion DENIED.**
> This the  10th day of  July , 20 19 .
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-517-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>MITRON TERRY, )<br>       Defendant. ) | **UNOPPOSED MOTION TO MOVE UP SENTENCING** |

NOW COMES DEFENDANT, by and through undersigned counsel, making this unopposed Motion to move up the sentencing date to a July, 2019 term of court. The sentencing is currently set for August 6, 2019 in New Bern, North Carolina. In support of this motion, the defendant shows unto the Court as follows:

1. The defendant is a criminal history category 1 for sentencing.

2. The guideline imprisonment range in the presenting report (hereinafter "PSR") is six (6) to twelve (12) months (PSR ¶ 53)

3. The defendant has been incarcerated for the instant offense before the court for sentencing since July 24, 2017.

4. Counsel for the defendant has discussed the Motion with AUSA Robert Dodson and he is not opposed to moving up the sentencing date.

The Defendant respectfully requests the court to move up the August 6, 2019 sentencing date based on the above mentioned to a July, 2019 term of court.

    This the 9th day of July, 2019.

                              /s/ Edd K. Roberts
                              EDD K. ROBERTS, III
                              Panel Attorney for Defendant
                              5 West Hargett Street, Suite 1100
                              P.O. Box 1608
                              Raleigh, North Carolina 27602
                              Telephone: 919-782-8115
                              E-mail: eddk@eddkrobertslaw.com
                              N.C. State Bar No. 29418