UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mitron Terry**　　　　　　　　　　　　　　　　　　**Docket No. 5:18-CR-517-1FL**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mitron Terry, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 27, 2019, to the custody of the Bureau of Prisons for a term of 6 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mitron Terry was released from custody on August 30, 2019, at which time the term of supervised release commenced.

On November 13, 2019, the court was notified of the defendant testing positive for the use of marijuana. Terry's supervision was continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 11, 2019, and December 17, 2019, Terry submitted urine specimens which again returned positive for the use of marijuana. The defendant is currently participating in our district's Surprise Urinalysis Program, and he was referred for treatment options through Daymark Services, Henderson, North Carolina. This officer has encouraged the defendant to explore available intensive treatment options to gain significant abstinence skills for combatting his continued illegal drug abuse. To address this recent non-compliant behavior, and to motivate Terry's consideration of better life decisions, we are recommending that the defendant be confined for a period of 3 days in custody.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of (3) days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: January 6, 2020 |

## ORDER OF THE COURT

Considered and ordered this __7th__ day of __January__, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge